IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MYLAN PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-556 (RGA) |
| | ) | |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS THIS ACTION FOR LACK OF SUBJECT-MATTER JURISDICTION OR, ALTERNATIVELY, TO STAY

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and the Court's inherent discretionary authority, Defendants Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Defendants") respectfully request that the Court dismiss this action for lack of subject-matter jurisdiction and, in the alternative, stay this litigation pending the Federal Circuit's resolution of Defendants' appeal from the Patent Trial and Appeal Board's decision in *Mylan Pharms. Inc. v. Bayer Pharma AG*, No. IPR2022-517 (P.T.A.B. July 28, 2023). The grounds for this motion are set forth in Plaintiffs' Opening Brief filed contemporaneously herewith. A Proposed Order is attached.

1

OF COUNSEL:

Bruce R. Genderson
Dov P. Grossman
Alexander S. Zolan
Seth R. Bowers
Kathryn S. Kayali
Ben Picozzi
Julie L. Tavares
Richard Hildreth III
Dana S. Kinel
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
(202) 434-5000

*Attorneys for Defendants Bayer Intellectual Property GmbH and Bayer AG*

Thomas D. Rein
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Andrew T. Langford
SIDLEY AUSTIN LLP
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
(214) 981-3300

*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

August 21, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
dfahnestock@mnat.com

*Attorneys for Defendants Bayer Intellectual Property GmbH, Bayer AG and Janssen Pharmaceuticals, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-556 (RGA) |
| | ) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

NOW, this _____ day of _____, 2023, the Court having considered Defendants' Motion to Dismiss this Action for Lack of Subject-Matter Jurisdiction or, Alternatively, to Stay ("Motion") (D.I. _____) and all submissions related thereto (D.I. _____):

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that this action is dismissed.

SO ORDERED this _____ day of _____, 2023

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 21, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Andrew L. Brown, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff*<br>*Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| T.O. Kong, Esquire<br>Wendy L. Devine, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Plaintiff*<br>*Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Elham Firouzi Steiner, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>12235 El Camino Real<br>San Diego, CA  92130<br>*Attorneys for Plaintiff*<br>*Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Ty W. Callahan, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>633 West 5th Street, Suite 1550<br>Los Angeles, CA  90071<br>*Attorneys for Plaintiff*<br>*Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)