IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MYLAN PHARMACEUTICALS, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 23-556-RGA |
| | : | |
| BAYER INTELLECTUAL PROPERTY GMBH, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This **15th** day of February, 2024, upon consideration of the Magistrate Judge's Report and Recommendation dated January 31, 2024 (D.I. 37), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 37) is **ADOPTED**.

2. Defendants' motion to dismiss, or alternatively to stay (D.I. 18) is **DENIED**.

/s/ Richard G. Andrews
United States District Judge